No. 65505.—Seymour Smith & Son, Inc. *v.* United States, protest 60/8418 (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of grape shears similar in all material respects to those the subject of *John H. Graham & Co., Inc.* v. *United States* (41 Cust. Ct. 67, C.D. 2022), the claim of the plaintiff was sustained.